FILED
CLERK U.S. DISTRICT COURT
MAY 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVALAN SALES, INC., a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br><br>DOREMI SUPER, INC., a California corporation doing business as DOREMI SUPER MARKET, doing business as DO RE MI SUPERMARKET, doing business as DO RE MI MARKET; NEW GOLDEN EAGLE, INC., a California corporation doing business as DO RE MI SUPERMARKET; and JAE KU BAIK, an individual, JULIE BAIK, an individual<br><br>                    Defendants. | Case No.: 09-cv-01776-SVW<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANTS PURSUANT TO STIPULATION |

Having read and considered the Parties' Stipulation for Entry of Judgment and Plaintiff DAVALAN SALES, INC.'S Application to Reinstate Action and Enter Judgment Pursuant to Stipulation; Declaration of Bart Botta, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGEMENT IS HEREBY ENTERED in favor of DAVALAN SALES, INC. and against Defendants DOREMI SUPER, INC., a California corporation doing business as DOREMI SUPER MARKET, doing business as DO RE MI SUPERMARKET, doing business as DO RE MI MARKET; NEW GOLDEN EAGLE, INC., a California corporation doing business as DO RE MI SUPERMARKET; JAE KU BAIK, an individual; and JULIE BAIK, an individual, jointly and severally in the total amount of $74,417.77, itemized as $67,673.21 in principal, plus $4,214.56 in finance charges at 1.5% per month from the date each obligation became due through the date of May 6, 2009, plus $2,530.00 in actual attorney's fees and costs in connection with Defendant's default and in enforcing the terms of the Stipulation and Judgment through the date of May 6, 2009, and all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*].

Plaintiff is further entitled to receive post-judgment interest at the rate of 1.5% month on all sums due under this judgment in until fully paid.

The Clerk shall enter judgment forthwith.

DATED: 5/12/09

HON. STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE